# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

130021

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ESTATE OF C. JOYCE DALE, Deceased,
by DAWN MERLONE, Successor
Special Personal Representative,
           Plaintiff-Appellee,

v

STEPHEN W. ROBINSON, JR., M.D.,
SECOND OPINION, P.C., d/b/a
HISTORIC NORTHSIDE FAMILY
PRACTICE,
           Defendants-Appellants,

and

PETER W. BARRETT, M.D., THE
DOCTORS GROUP, P.C., d/b/a
GREAT LAKES SURGICAL
SPECIALISTS, P.C., SURGICAL
SERVICES, P.C., JIN-CHUL
KIM, M.D., BATTLE CREEK
HEALTH SYSTEM, and CANCER
CARE CENTER,
           Defendants.

SC: 130021
COA: 263947
Calhoun CC: 03-002832-NH

_____/

On order of the Court, the application for leave to appeal the November 1, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

_____
Clerk

l0322